George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Lona Feaker*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lona Feaker,<br><br>                  Plaintiff,<br>v.<br><br>Trans Union LLC; Equifax Information Services LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC and Exeter Finance LLC,<br><br>                  Defendants. | Case No.: 2:25-cv-00126<br><br>**Unopposed Motion for Extension of Time to File Dismissal Documents** |

_____
S<small>TIPULATION</small>                              - 1 -

The dispute between Lona Feaker ("Plaintiff") and Equifax Information Services LLC ("Defendant") (together as the "Parties") has been resolved.

On June 19, 2025, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 36.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **September 18, 2025**, to file dismissal documents.

Dated: August 19, 2025.

    Respectfully submitted,
**FREEDOM LAW FIRM**
 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsels for Lona Feaker*

**IT IS SO ORDERED**

**DATED:**   August 22, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

STIPULATION — - 2 -