George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Lona Feaker*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lona Feaker,<br><br>Plaintiff,<br>v.<br><br>Trans Union LLC; Equifax Information Services LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC and Exeter Finance LLC,<br><br>Defendants. | Case No.: 2:25-cv-00126-APG-BNW<br><br>**Stipulation for dismissal of Exeter Finance LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Lona Feaker and Exeter Finance LLC stipulate to dismiss Plaintiff's claims against Exeter Finance LLC with prejudice.

///

///

///

_____

STIPULATION                                   - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 2, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Lona Feaker*

**SPRINGEL & FINK LLP**

/s/ *Leonard T. Fink*
Leonard T. Fink, Esq.
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
*Counsel for Exeter Finance LLC*

IT IS SO ORDERED:

Dated: October 3, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE
Case No.: 2:25-cv-00126-APG-BNW

STIPULATION - 2 -